# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Ralph R. Wallace**

    vs.

**Nicholas Pirro, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:05-CV-511

---

____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED ON NOVEMBER 4, 2005.

Dated:   January 3, 2006

*[signature]*
Clerk of Court

---

s/S. Potter
By:  Deputy Clerk